UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| THE FLAVIN ORGANIZATION, L.L.C. | CIVIL ACTION NO. 2:22-cv-01225 |
| VERSUS | JUDGE KAY |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE JUDGE KAY |

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiff, The Flavin Organization, L.L.C., and of defendant, Allstate Insurance Company, come both parties appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice as to all of plaintiff's rights therein, each party to bear its own costs.

Respectfully submitted,

/s/ Tristan G. Gruspier
TRISTAN G. GRUSPIER #39990
1777 Ryan Street
Lake Charles, LA  70601
(337) 433-0234
Email:  tgg@rmwlegal.com
Attorneys for plaintiff

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email: jdonovan@donovanlawler.com
Attorneys for defendant,
Allstate

CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

/s/ James L. Donovan, Jr.